**B6 Cover (Form 6 Cover) (12/07)**

## FORM 6. SCHEDULES

Summary of Schedules
Statistical Summary of Certain Liabilities and Related Data (28 U.S.C. § 159)

Schedule A - Real Property
Schedule B - Personal Property
Schedule C - Property Claimed as Exempt
Schedule D - Creditors Holding Secured Claims
Schedule E - Creditors Holding Unsecured Priority Claims
Schedule F - Creditors Holding Unsecured Nonpriority Claims
Schedule G - Executory Contracts and Unexpired Leases
Schedule H - Codebtors
Schedule I - Current Income of Individual Debtor(s)
Schedule J - Current Expenditures of Individual Debtor(s)

Unsworn Declaration under Penalty of Perjury

GENERAL INSTRUCTIONS: The first page of the debtor's schedules and the first page of any amendments thereto must contain a caption as in Form 16B. Subsequent pages should be identified with the debtor's name and case number. If the schedules are filed with the petition, the case number should be left blank

Schedules D, E, and F have been designed for the listing of each claim only once. Even when a claim is secured only in part or entitled to priority only in part, it still should be listed only once. A claim which is secured in whole or it part should be listed on Schedule D only, and a claim which is entitled to priority in whole or in part should be listed on Schedule E only. Do not list the same claim twice. If a creditor has more than one claim, such as claims arising from separate transactions, each claim should be scheduled separately.

Review the specific instructions for each schedule before completing the schedule.

Bankruptcy2009 ©1991-2009, New Hope Software, Inc. - ver. 4.5.1-744 - 32078 - PDF-XChange 3.0

**B6A (Official Form 6A) (12/07)**

In re <u>Andre Dirk Sadowski & Gwendolyn Marlene</u>        Case No. _____
        <u>Sadowski</u>    **Debtor**                                           **(If known)**

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C – Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| None | | | | |
| | | Total | 0.00 | |

(Report also on Summary of Schedules.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc.- ver. 4.5.1-744 - 32078 - PDF-XChange 3.0

**B6B (Official Form 6B) (12/07)**

In re  <u>Andre Dirk Sadowski & Gwendolyn Marlene Sadowski</u>   Case No. _____
  **Debtor**                                                    **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.  Cash on hand. | | Cash On Hand<br>Debtor's Person | J | 50.00 |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Checking Account<br>Burke & Herbert Bank & Trust<br>9103 Centreville Rd.<br>Manassas, VA 20110 | W | 80.00 |
| | | Savings Account<br>Energy Federal Credit Union<br>5 Choke Cherry Rd., Suite 110<br>Rockville, MD 20850 | H | 50.00 |
| | | Savings Account<br>Burke & Herbert Bank & Trust<br>9103 Centreville Rd.<br>Manassas, VA 20110 | W | 12.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | 4 Beds, 2 Couches, Dining Table w/ Chairs, Fishtank, Dishware & Cookware, Computer & Desk<br>Debtor's Residence | J | 1,260.00 |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc. - ver. 4.5.1-744 - 32078 - PDF-XChange 3.0

In re    <u>Andre Dirk Sadowski & Gwendolyn Marlene</u>      Case No. _____

Sadowski    **Debtor**                        **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 5. Books. Pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | Mens, Womens & Childrens Clothing<br>Debtor's Residence | J | 700.00 |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | | 3 Service Pistols<br>Debtor's Residence | H | 600.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlement to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate or a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc. - ver. 4.5.1-744 - 32078 - PDF-XChange 3.0

In re  Andre Dirk Sadowski & Gwendolyn Marlene Sadowski     **Debtor**      Case No. _____
                                                                           (If known)

# SCHEDULE B - PERSONAL PROPERTY

## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights of setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. §101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 1999 Ford F150 Debtor's Residence | H | 500.00 |
| | | 2004 Ford Expedition Debtor's Residence | J | 10,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | | Dog & 3 Cats Debtor's Residence | J | 25.00 |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

            __0__ continuation sheets attached     Total     $     13,277.00

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc. - ver. 4.5.1-744 - 32078 - PDF-XChange 3.0

B6C (Official Form 6C) (12/07)

In re  Andre Dirk Sadowski & Gwendolyn Marlene Sadowski      Case No. _____
                        **Debtor**                                    (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)

☐ 11 U.S.C. § 522(b)(2)           ☐ Check if debtor claims a homestead exemption that exceeds
☑ 11 U.S.C. § 522(b)(3)                $136,875.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| Cash On Hand | (Husb)Va. Code §34-4<br>(Wife)Va. Code §34-4 | 25.00<br>25.00 | 50.00 |
| Checking Account | (Wife)Va. Code §34-4 | 80.00 | 80.00 |
| Savings Account | (Husb)Va. Code §34-4 | 50.00 | 50.00 |
| 4 Beds, 2 Couches, Dining Table w/ Chairs, Fishtank, Dishware & Cookware, Computer & Desk | (Husb)Va. Code §34-26 (4)(a)<br>(Wife)Va. Code §34-26 (4)(a) | 630.00<br>630.00 | 1,260.00 |
| Mens, Womens & Childrens Clothing | (Husb)Va. Code §34-26 (4)<br>(Wife)Va. Code §34-26 (4) | 350.00<br>350.00 | 700.00 |
| 3 Service Pistols | (Husb)Va. Code §34-26 (7) | 600.00 | 600.00 |
| 1999 Ford F150 | (Husb)Va. Code §34-26 (8)<br>(Husb)Va. Code §34-4 | 0.00<br>0.00 | 500.00 |
| 2004 Ford Expedition | (Husb)Va. Code §34-4<br>(Wife)Va. Code §34-26 (8)<br>(Wife)Va. Code §34-4 | 0.00<br>0.00<br>0.00 | 10,000.00 |
| Dog & 3 Cats | (Husb)Va. Code §34-26 (5)<br>(Wife)Va. Code §34-26 (5) | 12.50<br>12.50 | 25.00 |
| Savings Account | (Wife)Va. Code §34-4 | 12.00 | 12.00 |

**B6D (Official Form 6D) (12/07)**

In re ___Andre Dirk Sadowski & Gwendolyn Marlene___,      Case No. _____
      Sadowski
              **Debtor**                                                    **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 290220001<br><br>Energy Federal Credit<br>5 Choke Cherry Ln.<br>Rockville, MD 20850<br><br>VALUE $ 10,000.00 | X | H | Incurred: 03/09<br>Lien: PMSI in vehicle < 910 days<br>Security: 2004 Ford Expedition | | | | 10,330.00 | 330.00 |
| ACCOUNT NO. 37579323<br><br>Ford Motor Credit<br>P.O. Box 542000<br>Omaha, NE 68154<br><br>VALUE $ 500.00 | | H | Incurred: 08/04<br>Lien: PMSI<br>Security: 1999 Ford F150 | | | | 940.00 | 440.00 |
| ACCOUNT NO. 37579323<br><br>Ford Motor Credit Corporation*<br>National Bankruptcy Center<br>P.O. Box 537901<br>Livonia, MI 48153<br><br>VALUE $ 500.00 | | H | Incurred: 08/04<br>Lien: PMSI<br>Security: 1999 Ford F150 | | | | Notice Only | Notice Only |

___0___ continuation sheets attached

Subtotal ➤    $ 11,270.00    $ 770.00
(Total of this page)

Total ➤    $ 11,270.00    $ 770.00
(Use only on last page)

(Report also on Summary of Schedules)    (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc. - ver. 4.5.1-744 - 32078 - PDF-XChange 3.0

**B6E (Official Form 6E) (12/07)**

In re  Andre Dirk Sadowski & Gwendolyn Marlene
Sadowski
_____,        Case No._____
          Debtor                                                                              (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed.R.Bankr.P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H,""W,""J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐    **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐    **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐    **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐    **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

Bankruptcy2009 ©1991-2009, New Hope Software, Inc. - ver. 4.5.1-744 - 32078 - PDF-XChange 3.0

**B6E (Official Form 6E) (12/07) - Cont.**

In re    Andre Dirk Sadowski & Gwendolyn Marlene Sadowski _____,    Case No._____
Debtor                                                                                            (if known)

☐    **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐    **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☑    **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐    **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507 (a)(9).

☐    **Claims for Death or Personal Injury While Debtor Was Intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

Bankruptcy2009 ©1991-2009, New Hope Software, Inc._ver. 4.5.1-744 - 32078 - PDF-XChange 3.0

1
____ **continuation sheets attached**

B6E (Official Form 6E) (12/07) - Cont.

In re  Andre Dirk Sadowski & Gwendolyn Marlene Sadowski        ,        Case No. _____
                        **Debtor**                                                   (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)    Sec. 507(a)(8)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above..)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Personal Property Taxes<br>Culpeper County Treasurer<br>PO Box 1447<br>Culpeper, VA 22701 | | J | Consideration: Taxes | | | | 1.00 | 0.00 | 1.00 |
| ACCOUNT NO.<br>Internal Revenue Service<br>Insolvency Units<br>400 North Eigth Street, Box 76<br>Richmond, VA 23219 | | | Consideration: Income taxes | | | | Unknown | Unknown | Unknown |
| ACCOUNT NO. Personal Property Taxes<br>Town Of Culpeper<br>400 South Main St., Suite 109<br>Culpeper, VA, 22701 | | J | Consideration: Taxes | | | | 1.00 | 0.00 | 1.00 |
| ACCOUNT NO.<br>Virginia Department of Taxation<br>Office of Customer Services<br>Post Office Box 1115<br>Richmond, VA 23218-1115 | | | Consideration: Income taxes | | | | Unknown | Unknown | Unknown |

Sheet no. 1 of 1 continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotal (Totals of this page) ► $ 2.00  $  $

Total (Use only on last page of the completed Schedule E.) Report also on the Summary of Schedules) ► $ 2.00

Totals (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) ► $  $ 0.00  $ 2.00

Bankruptcy2009 ©1991-2009, New Hope Software, Inc. - ver. 4.5.1-744 - 32078 - PDF-XChange 3.0

B6F (Official Form 6F) (12/07)

In re __Andre Dirk Sadowski & Gwendolyn Marlene__         Case No. _____
Sadowski        **Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition.  The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so.  If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).  Do not include claims listed in Schedules D and E.  If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors.  If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent."  If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed."  (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule.  Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  0480  Allianceone 4850 E. Street Rd. Trevose, PA 19053 | | W | Incurred: 05/09 Consideration: Collection Collection Orig. Creditor: Dominion Power-Warehouse | | | | 571.00 |
| ACCOUNT NO.  0470  American Collections Ent. 205 S. Whiting St., Ste. 500 Alexandria, VA 22304 | | W | Incurred: 05/09 Consideration: Collection Collection Orig. Creditor: Dominion Power-Warehouse | | | | 648.00 |
| ACCOUNT NO.  0616  American Collections Ent. 205 S. Whiting St., Ste. 500 Alexandria, VA 22304 | | H | Incurred: 05/09 Consideration: Collection Collection Orig. Creditor: Virginia Hospitalist Physician | | | | 450.00 |
| ACCOUNT NO.  0984  American Collections Ent. 205 S. Whiting St., Ste. 500 Alexandria, VA 22304 | | H | Incurred: 03/09 Consideration: Collection Collection Orig. Creditor: Virginia Emergency Medicine | | | | 285.00 |

____12___continuation sheets attached

Subtotal ➤  $  1,954.00

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc. - ver. 4.5.1-744 - 32078 - PDF-XChange 3.0)

B6F (Official Form 6F) (12/07) - Cont.

In re  Andre Dirk Sadowski & Gwendolyn Marlene          ,          Case No. _____
       Sadowski          **Debtor**                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 0617<br>American Collections Ent.<br>205 S. Whiting St., Ste. 500<br>Alexandria, VA 22304 | | H | Incurred: 05/09<br>Consideration: Collection<br>Collection<br>Orig. Creditor: Virginia Hospitalist Physician | | | | 193.00 |
| ACCOUNT NO. 7806<br>Bank Of America<br>P.O. Box 1598<br>Norfolk, VA 23501 | | H | Incurred: 12/05<br>Consideration: Credit card debt | | | | 6,444.00 |
| ACCOUNT NO.<br>BB & T<br>703 James Madison Hwy<br>Culpeper, VA 22701 | | W | Incurred: 2005<br>Consideration: Insufficient funds | | | | 200.00 |
| ACCOUNT NO.<br>Betty Moore Sandler<br>122660 Lake Ridge Drive<br>Woodbridge, VA 22192 | | J | Incurred: 2005<br>Consideration: Law suit | | | | 28,000.00 |
| ACCOUNT NO.<br>Blue Ridge OB/GYN<br>541 Sunset Lane<br>Suite #301<br>Culpeper, VA 22701 | | W | Incurred: 2005<br>Consideration: Medical Services | | | | 400.00 |

Sheet no. __1__ of __12__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 35,237.00

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc.,-ver. 4.5.1-744 - 32078 - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re <u>Andre Dirk Sadowski & Gwendolyn Marlene</u>,        Case No. _____
<u>Sadowski</u>          **Debtor**                                              **(If known)**

## SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  9979<br><br>CBE Group<br>131 Towe Park Dr., Suite 1<br>Waterloo, IA 50702 | | W | Incurred: 06/09<br>Consideration: Collection<br>Collection<br>Orig. Creditor: Dominion Electric II | | | | 32.00 |
| ACCOUNT NO.  0004<br><br>Charlottesville Bureau of Credit<br>P.O. Box 6220<br>Charlottesville, VA 22911 | | W | Incurred: 10/06<br>Consideration: Collection<br>Collection<br>Orig. Creditor: Blue Ridge OBGYN | | | | 789.00 |
| ACCOUNT NO.  0029<br><br>Charlottesville Bureau of Credit<br>P.O. Box 6220<br>Charlottesville, VA 22911 | | H | Incurred: 07/09<br>Consideration: Collection<br>Collection<br>Orig. Creditor: Piedmont Internal Medicine | | | | 233.00 |
| ACCOUNT NO.  0020<br><br>Charlottesville Bureau of Credit<br>P.O. Box 6220<br>Charlottesville, VA 22911 | | H | Incurred: 11/07<br>Consideration: Collection<br>Collection<br>Orig. Creditor: | | | | 112.00 |
| ACCOUNT NO.  0007<br><br>Charlottesville Bureau of Credit<br>P.O. Box 6220<br>Charlottesville, VA 22911 | | W | Incurred: 06/08<br>Consideration: Collection<br>Collection<br>Orig. Creditor: Culpeper Pediatric Services | | | | 61.00 |

Sheet no. <u>2</u> of <u>12</u> continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $  1,227.00

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc. - ver. 4.5.1-744 - 32078 - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re __Andre Dirk Sadowski & Gwendolyn Marlene__ ,      Case No. _____
Sadowski          **Debtor**                                                      **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 0004 <br><br> Charlottesville Bureau of Credit <br> P.O. Box 6220 <br> Charlottesville, VA 22911 | | H | Incurred: 04/08 <br> Consideration: Collection <br> Collection <br> Orig. Creditor: Commonwealth Medical | | | | 57.00 |
| ACCOUNT NO. Overdrawn Account <br><br> Chevy Chase Bank <br> 14001 Lee Jackson Memorial Hwy. <br> Chantilly, VA  20151 | | H | Incurred: 2005 <br> Consideration: Insufficient Funds | | | | 1.00 |
| ACCOUNT NO. 4916 <br><br> CMRE Financial Svcs. Inc. <br> 3075 E. Imperial Hwy. Ste 200 <br> Brea, CA 92821 | | W | Incurred: 10/06 <br> Consideration: Collection <br> Collection <br> Orig. Creditor: Blue Ridge Anesth. & Pain | | | | 1,113.00 |
| ACCOUNT NO. 3522 <br><br> CMRE Financial Svcs. Inc. <br> 3075 E. Imperial Hwy. Ste 200 <br> Brea, CA 92821 | | W | Incurred: 10/06 <br> Consideration: Collection <br> Collection <br> Orig. Creditor: Blue Ridge Anesth. & Pain | | | | 261.00 |
| ACCOUNT NO. 7580 <br><br> Collection <br> P.O. Box 9134 <br> Needham, MA 02494 | | W | Incurred: 08/09 <br> Consideration: Collection <br> Collection <br> Orig. Creditor: Progressive Halcyon Ins. | | | | 95.00 |

Sheet no. _3_ of _12_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤      $      1,527.00

Total ➤      $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.1-744 - 32078 - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re  Andre Dirk Sadowski & Gwendolyn Marlene         ,          Case No. _____
       Sadowski            **Debtor**                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 9532<br><br>Collection<br>P.O. Box 9136<br>Needham, MA 02494 | | W | Incurred: 09/09<br>Consideration: Collection<br>Collection<br>Orig. Creditor: Labcorp Seconds | | | | 373.00 |
| ACCOUNT NO. Numerous Accounts<br><br>Collection Specialists | | H | Collection<br>Orig. Creditor: Culpeper Regional Hospital | | | | 10,404.00 |
| ACCOUNT NO. Numerous Accounts<br><br>Credit Control Corp.<br>11821 Rock Landing<br>Newport News, VA 23612 | | W | Incurred: 06/09<br>Consideration: Collection<br>Collection<br>Orig. Creditor: Fauquier Hospital | | | | 1,801.00 |
| ACCOUNT NO. 4171<br><br>Credit Protection Association<br>One Galleria Tower<br>Dallas, TX 75240 | | H | Incurred: 02/09<br>Consideration: Collection<br>Collection<br>Orig. Creditor: Comcast | | | | 1,219.00 |
| ACCOUNT NO. 1511534171<br><br>Credit Protection Association*<br>P.O. Box 802068<br>Dallas, TX 75240 | | H | Incurred: 02/09<br>Consideration: Collection | | | | Notice Only |

Sheet no. __4__ of __12__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $   13,797.00

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.1-744 - 32078 - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re  Andre Dirk Sadowski & Gwendolyn Marlene Sadowski, **Debtor**          Case No. _____
                                                                                    (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 873670270 Creditors Collection Service 4530 Old Cave Spring Rd. Roanoke, VA 24018 | | H | Incurred: 11/06 Consideration: Collection Collection Orig. Creditor: Rappahannock Electric Coop. | | | | 21.00 |
| ACCOUNT NO. Culpeper Regional Hospital 501 Sunset Lane Culpeper, VA 22701-3917 | | J | Incurred: 01/06/06 Consideration: Medical Services | | | | 0.00 |
| ACCOUNT NO. Culpeper Regional Hospital 501 Sunset Lane Culpeper, VA 22701-3917 | | J | Consideration: Medical Services | | | | Unknown |
| ACCOUNT NO. Culpeper Self Storage 18488 Industrial Road Culpeper, VA 22701 | | J | Incurred: 2005 Consideration: Other | | | X | 300.00 |
| ACCOUNT NO. Elite Financial | | J | Consideration: Other | | | | 3,200,000.00 |

Sheet no. 5 of 12 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 3,200,321.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   Andre Dirk Sadowski & Gwendolyn Marlene          ,          Case No. _____
        Sadowski          **Debtor**                                                  **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Fairfax Anesthesiologists | | W | Consideration: Medical bills | | | | 0.00 |
| ACCOUNT NO.  Jake<br>Fairfax Inova | | H | Consideration: Medical bills | | | | 0.00 |
| ACCOUNT NO.  Drew Sadowski<br>Fauquier Hospital<br>500 Hospital Drive<br>Warrentnon, VA 20186-3099 | | J | Incurred: 04/17/08<br>Consideration: Medical Services | | | | 0.00 |
| ACCOUNT NO.  Andre Sadowski<br>Fauquier Hospital<br>500 Hospital Drive<br>Warrentnon, VA 20186-3099 | | J | Incurred: 11/08<br>Consideration: Medical Services | | | | 0.00 |
| ACCOUNT NO.  V00001771827<br>Fauquier Hospital<br>500 Hospital Drive<br>Warrentnon, VA 20186-3099 | | J | Incurred: 11/06/07<br>Consideration: Medical Services | | | | 430.88 |

Sheet no. __6__ of __12__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤    $    430.88

Total ➤    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.1-744 - 32078 - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re   Andre Dirk Sadowski & Gwendolyn Marlene          ,        Case No. _____
Sadowski        **Debtor**                                                        **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   Jake Sadowski<br><br>Fauquier Hospital<br>500 Hospital Drive<br>Warrentnon, VA 20186-3099 | | J | Consideration: Medical Services | | | | 0.00 |
| ACCOUNT NO.   5280760000378676<br><br>Fredericksburg Cr Bur<br>10506 Wakeman Dr<br>Fredericksburg, VA 22407 | | W | 1. Collection | | | | 183.00 |
| ACCOUNT NO.<br><br>Groupe 369 | | J | Consideration: Other | | | | 0.00 |
| ACCOUNT NO.<br><br>Insurance for Promise House | | J | Consideration: Other | | | | 0.00 |
| ACCOUNT NO.   various accounts<br><br>Labcorp<br>P.O. Box 2240<br>Burlington NC 27216 | | J | Consideration: Medical Services | | | | 2,000.00 |

Sheet no. _7_ of _12_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $    2,183.00

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc. - ver. 4.5.1-744 - 32078 - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re  Andre Dirk Sadowski & Gwendolyn Marlene              ,          Case No. _____
        Sadowski            **Debtor**                                                        (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Jake, Nick and Drew Sadowski <br> Michael Amster, MD | | J | Consideration: Medical bills | | | | 699.00 |
| ACCOUNT NO. <br> Michael and Cassandra Dabney | | J | Consideration: Law suit | | | | 0.00 |
| ACCOUNT NO. 677380694 <br> Nco Fin /99 <br> Po Box 15636 <br> Wilmington, DE 19850 | | H | 1. Collection | | | | 467.00 |
| ACCOUNT NO. Numerous Accounts <br> Nco Fin /99 <br> Po Box 15636 <br> Wilmington, DE 19850 | | H | 1. Collection | | | | 220.00 |
| ACCOUNT NO. 690525593 <br> Nco Fin /99 <br> Po Box 15636 <br> Wilmington, DE 19850 | | H | 1. Collection | | | | 147.00 |

Sheet no. __8__ of __12__ continuation sheets attached          Subtotal ➤   $          1,533.00
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims                                                      Total ➤   $

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.1-744 - 32078 - PDF-XChange 3.0

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   Andre Dirk Sadowski & Gwendolyn Marlene           ,          Case No. _____
        Sadowski        **Debtor**                                                      **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  Numerous Accounts<br><br>Nco Fin/99<br>PO Box 15636<br>Wilmington, DE 19850 | | H | Incurred: 2005<br>Consideration: Collection agency | | | | 1,336.00 |
| ACCOUNT NO.  676257033<br><br>Nco Fin/99<br>Po Box 15636<br>Wilmington, DE 19850 | | H | 1. Collection<br>2. Account Closed | | | | 210.00 |
| ACCOUNT NO.  Numerous accounts<br><br>Nco Financial Systems*<br>507 Prudential Rd<br>Horsham, PA, 19044 | | H | Consideration: Collection agency | | | | Notice Only |
| ACCOUNT NO.<br><br>Orkin | | J | Consideration: Other | | | | 176.00 |
| ACCOUNT NO.  0658<br><br>Palisades Collection L<br>210 Sylvan Ave<br>Englewood, NJ 07632 | | H | Incurred: 2007<br>Consideration: Collecion agency<br>1. Collection | | | | 2,042.00 |

Sheet no. __9__ of __12__ continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $  3,764.00

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc. - ver. 4.5.1-744 - 32078 - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re    Andre Dirk Sadowski & Gwendolyn Marlene    ,        Case No. _____
Sadowski            **Debtor**                                    (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Paula Bass, PhD<br>Professional Center of Fairfax<br>10875 Main St., Suite 206<br>Fairfax, VA 22030 | | J | Consideration: Medical Services | | | | 6,000.00 |
| ACCOUNT NO.<br><br>Piedmont Anesthesiologists | | W | Consideration: Medical bills | | | | 0.00 |
| ACCOUNT NO.<br><br>Preihs Properties/Rob Preihs<br>1711 Carl D Silver Parkway<br>Fredericksburg, VA 22401 | | J | Incurred: 08/07<br>Consideration: Other | | | | 300,000.00 |
| ACCOUNT NO.<br><br>Re/Max Allegiance<br>5641 Burke Centre Parkway<br>Burke, VA 22015 | | H | Incurred: 2005<br>Consideration: Other | | | | 1.00 |
| ACCOUNT NO. Advance<br><br>Re/Max Olympic<br>9214 Center Street<br>Manassas, VA 20110 | | H | Consideration: Other | | | | 55,000.00 |

Sheet no. __10__ of __12__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 361,001.00
Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc. ver. 4.5.1-744 - 32078 - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re  Andre Dirk Sadowski & Gwendolyn Marlene          ,     Case No. _____
        Sadowski        **Debtor**                                        **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Russell Ekanger | | H | Consideration: Law suit | | | | 1,500.00 |
| ACCOUNT NO.<br><br>Scott and Cheryl Holmes<br>Vienna, VA | | J | Incurred: 06/08<br>Consideration: Other | | | | 45,000.00 |
| ACCOUNT NO.<br><br>St. Luke's Lutheran School<br>1200 Old Rixeyville Road<br>Culpeper, VA 22701 | | J | Incurred: 2005<br>Consideration: Other | | | | Unknown |
| ACCOUNT NO.<br><br>Tim Purnell<br>9214 Center Street<br>Manassas, VA 20110 | | J | Incurred: 2005<br>Consideration: legal fees | | | | 1.00 |
| ACCOUNT NO.  3521<br><br>Us Dept Of Education<br>PO Box 7202<br>Utica, NY 13504 | | W | Incurred: 2004<br>Consideration: Student Loans | | | | 18,984.00 |

Sheet no.  11  of  12  continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 65,485.00

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc. - ver. 4.5.1-744 - 32078 - PDF-XChange 3.0

**B6F (Official Form 6F) (12/07) - Cont.**

In re <u>Andre Dirk Sadowski & Gwendolyn Marlene</u>,            Case No. _____
        Sadowski          **Debtor**                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 3120<br><br>Vision Fince<br>4 West Red Oak Lan<br>White Plains, NY 10604 | | H | Incurred: 2007<br>Consideration: Collection Agency<br>1. Collection | | | | 152.00 |
| ACCOUNT NO. 3117<br><br>Vision Fince<br>4 West Red Oak Lan<br>White Plains, NY 10604 | | W | Incurred: 2007<br>Consideration: Collection Agency<br>1. Collection | | | | 132.00 |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. <u>12</u> of <u>12</u> continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► $  284.00

Total ► $ 3,688,743.88

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc. - ver. 4.5.1-744 - 32078 - PDF-XChange 3.0

**B6G (Official Form 6G) (12/07)**

In re <u>Andre Dirk Sadowski & Gwendolyn Marlene Sadowski</u>      Case No. <u> </u>

           **Debtor**                                    **(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Don Shanks<br>15914 Mackenzie Meadow Drive<br>Haymarket, VA 20169 | 24 month residential lease |
| | |
| | |
| | |
| | |
| | |
| | |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc. - ver. 4.5.1-744 - 32078 - PDF-XChange 3.0

**B6H (Official Form 6H) (12/07)**

In re <u>Andre Dirk Sadowski & Gwendolyn Marlene</u>          Case No. _____
<u>Sadowski</u>      **Debtor**                                            **(if known)**

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Walter Sadowski<br>20324 Aspenwood Lane<br>Gaithersburg, MD  20879 | Energy Federal Credit<br>5 Choke Cherry Ln.<br>Rockville, MD 20850 |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc. - ver. 4.5.1-744 - 32078 - PDF-XChange 3.0

B6I (Official Form 6I) (12/07)

In re  Andre Dirk Sadowski & Gwendolyn Marlene
Sadowski                                                    Case _____
       **Debtor**                                              **Case**              (if known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.  Do not state the name of any minor child.  The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status:  **Married** | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP(S): Son, Son, Son | AGE(S): 9, 4, 2 |

| **Employment:** | **DEBTOR** | SPOUSE |
|---|---|---|
| Occupation | Realtor | Homemaker |
| Name of Employer | Remax Olympic | 15100 Washington St. |
| How long employed | 0 yrs, 0 mos | 4 yrs, 0 mos |
| Address of Employer | Haymarket, VA 20169 | Haymarket, VA 20169 |
| | | |

INCOME: (Estimate of average or projected monthly income at time case filed)

| | | DEBTOR | SPOUSE |
|---|---|---|---|
| 1. | Monthly gross wages, salary, and commissions (Prorate if not paid monthly.) | $ 3,378.29 | $ 0.00 |
| 2. | Estimated monthly overtime | $ 0.00 | $ 0.00 |
| 3. | SUBTOTAL | $ 3,378.29 | $ 0.00 |
| 4. | LESS PAYROLL DEDUCTIONS | | |
| | a. Payroll taxes and social security | $ 0.00 | $ 0.00 |
| | b. Insurance | $ 0.00 | $ 0.00 |
| | c. Union Dues | $ 0.00 | $ 0.00 |
| | d. Other (Specify:_____) | $ 0.00 | $ 0.00 |
| 5. | SUBTOTAL OF PAYROLL DEDUCTIONS | $ 0.00 | $ 0.00 |
| 6.. | TOTAL NET MONTHLY TAKE HOME PAY | $ 3,378.29 | $ 0.00 |
| 7. | Regular income from operation of business or profession or farm (Attach detailed statement) | $ 0.00 | $ 0.00 |
| 8. | Income from real property | $ 0.00 | $ 0.00 |
| 9. | Interest and dividends | $ 0.00 | $ 0.00 |
| 10. | Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ 0.00 | $ 0.00 |
| 11. | Social security or other government assistance ( Specify)   (S)0 | $ 0.00 | $ 0.00 |
| 12. | Pension or retirement income | $ 0.00 | $ 0.00 |
| 13. | Other monthly income  (S)0 (Specify) | $ 0.00 $ 0.00 | $ 0.00 $ 0.00 |
| 14. | SUBTOTAL OF LINES 7 THROUGH 13 | $ 0.00 | $ 0.00 |
| 15. | AVERAGE MONTHLY INCOME (Add amounts shown on Lines 6 and 14) | $ 3,378.29 | $ 0.00 |
| 16. | COMBINED AVERAGE  MONTHLY INCOME  (Combine column totals from line 15) | $ 3,378.29 | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

    None

_____
_____
_____

Bankruptcy2009 ©1991-2009, New Hope Software, Inc. - ver. 4.5.1-744 - 32078 - PDF-XChange 3.0

In re __Andre Dirk Sadowski & Gwendolyn Marlene__   Case No. _____
     Sadowski    **Debtor**                              (if known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

   Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made biweekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐   Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | | $ 2,500.00 |
|    a. Are real estate taxes included? | Yes _____  No ____√ | |
|    b. Is property insurance included? | Yes _____  No ____√ | |
| 2. Utilities: a. Electricity and heating fuel | | $ 500.00 |
|        b. Water and sewer | | $ 150.00 |
|        c. Telephone | | $ 50.00 |
|        d. Other __Cable Modem_____ | | $ 50.00 |
| 3. Home maintenance (repairs and upkeep) | | $ 100.00 |
| 4. Food | | $ 800.00 |
| 5. Clothing | | $ 20.00 |
| 6. Laundry and dry cleaning | | $ 10.00 |
| 7. Medical and dental expenses | | $ 100.00 |
| 8. Transportation (not including car payments) | | $ 200.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | | $ 30.00 |
| 10. Charitable contributions | | $ 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
|        a. Homeowner's or renter's | | $ 0.00 |
|        b. Life | | $ 0.00 |
|        c. Health | | $ 0.00 |
|        d. Auto | | $ 0.00 |
|        e. Other_____ | | $ 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify)_____ | | $ 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
|        a. Auto | | $ 250.00 |
|        b. Other _____ | | $ 0.00 |
|        c. Other _____ | | $ 0.00 |
| 14. Alimony, maintenance, and support paid to others | | $ 0.00 |
| 15. Payments for support of additional dependents not living at your home | | $ 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | | $ 0.00 |
| 17. Other _____ | | $ 0.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17.  Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data) | | $ 4,760.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

    __None__
    _____
    _____

20. STATEMENT OF MONTHLY NET INCOME

| | |
|---|---:|
|    a. Average monthly income from Line 15 of Schedule I | $ 3,378.29 |
|    b. Average monthly expenses from Line 18 above | $ 4,760.00 |
|    c. Monthly net income (a. minus b.) | $ -1,381.71 |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc. - ver. 4.5.1-744 - 32078 - PDF-XChange 3.0

**B6 Summary (Official Form 6 - Summary) (12/07)**

# United States Bankruptcy Court
## Eastern District of Virginia

In re  Andre Dirk Sadowski & Gwendolyn Marlene Sadowski

_____
                    Debtor

Case No. _____

Chapter     7

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

AMOUNTS SCHEDULED

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A – Real Property | YES | 1 | $ 0.00 | | |
| B – Personal Property | YES | 3 | $ 13,277.00 | | |
| C – Property Claimed as exempt | YES | 1 | | | |
| D – Creditors Holding Secured Claims | YES | 1 | | $ 11,270.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 3 | | $ 2.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 13 | | $ 3,688,743.88 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | YES | 1 | | | $ 3,378.29 |
| J - Current Expenditures of Individual Debtors(s) | YES | 1 | | | $ 4,760.00 |
| TOTAL | | 26 | $ 13,277.00 | $ 3,700,015.88 | |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc. - ver. 4.5.1-744 - 32078 - PDF-XChange 3.0

# United States Bankruptcy Court
### Eastern District of Virginia

In re    Andre Dirk Sadowski & Gwendolyn Marlene Sadowski          Case No. _____

Debtor

Chapter    ___7___

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. §101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐  Check this box if you are an individual debtor whose debts are NOT primarily consumer debts.  You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ 2.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ 0.00 |
| Student Loan Obligations (from Schedule F) | $ 18,984.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ 0.00 |
| TOTAL | $ 18,986.00 |

**State the Following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $ 3,378.29 |
| Average Expenses (from Schedule J, Line 18) | $ 4,760.00 |
| Current Monthly Income (from Form 22A Line 12; **OR,** Form 22B Line 11; **OR,** Form 22C Line 20 ) | $ 3,144.95 |

**State the Following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ 770.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ 0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ 2.00 |
| 4. Total from Schedule F | | $ 3,688,743.88 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ 3,689,515.88 |

In re Andre Dirk Sadowski & Gwendolyn Marlene Sadowski
_____    Case No. _____
**Debtor**    **(If known)**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ____28____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  12/21/09  _____    Signature:  /s/ Andre Dirk Sadowski
Debtor:

Date  12/21/09  _____    Signature:  /s/ Gwendolyn Marlene Sadowski
(Joint Debtor, if any)

[If joint case, both spouses must sign.]

---

**DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____    Social Security No.
Printed or Typed Name and Title, if any,    *(Required by 11 U.S.C. § 110.)*
of Bankruptcy Petition Preparer

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____
_____
_____
Address

X _____    _____
Signature of Bankruptcy Petition Preparer    Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the _____ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets *(total shown on summary page plus 1),* and that they are true and correct to the best of my knowledge, information, and belief.

Date _____    Signature: _____

_____
[Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

---

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.